No. 00–596. LORILLARD TOBACCO CO. ET AL. *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL.; and
No. 00–597. ALTADIS U. S. A. INC., AS SUCCESSOR TO CONSOLIDATED CIGAR CORP. AND HAVATAMPA, INC., ET AL. *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. C. A. 1st Cir.

Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* in No. 00–596 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 218 F. 3d 30.